UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 07, 2025

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

RE:   23-2102, United States v. Chavarria, et al
      Dist/Ag docket: 2:22-CR-01724-KG-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 16, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Maria Ysabel Armijo
      Kenneth Del Valle
      Ryan Ellison
      Virginia L. Grady
      Jacob R Rasch-Chabot
      Michael A. Rotker
      Tiffany L. Walters

CMW/jm