FILED
United States Court of Appeals
Tenth Circuit

June 16, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JERROLD ALBERT CHAVARRIA;
JERRY ANTOCIO ROMERO,

    Defendants - Appellees.

No. 23-2102
(D.C. No. 2:22-CR-01724-KG-1)
(D. N.M.)

_____

## JUDGMENT
_____

Before **HARTZ**, **TYMKOVICH**, and **BACHARACH**, Circuit Judges.
_____

    This case originated in the District of New Mexico and was argued by counsel.

    The judgment of that court is affirmed.

    If defendants, Jerrold Albert Chavarria and Jerry Antocio Romero, were released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendants shall surrender to the United States Marshal for the District of New Mexico.  The District Court may, however, in its discretion, permit the

defendants to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                                       Entered for the Court

                                       CHRISTOPHER M. WOLPERT, Clerk